IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMY RYMAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.,<br>successor by merger to BAC HOME<br>LOANS SERVICING, LP<br><br>　　　　Defendant. | Civ. No. 10-00280 DAE-BMK<br><br>FINDINGS AND<br>RECOMMENDATION TO<br>DISMISS THIS ACTION |

## FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On May 12, 2010, Plaintiff Amy Rymal filed this action against Defendant Bank of America, N.A. and other Defendants who were subsequently dismissed. This Court finds and recommends that this action be DISMISSED.

On May 4, 2012, this Court held a Further Status Conference with Plaintiff Amy Rymal participating by phone. She stated her intent to dismiss this case and asked the Court to dismiss it for her. She also asked that each party bear their own costs, and defense counsel Alana Peacott-Ricardos agreed to that request. Pursuant to Plaintiff's request to dismiss her case, the Court finds and recommends that this action be DISMISSED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 8, 2012.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Rymal v. Bank of America, N.A.; CV. NO. 10-00280 DAE-BMK; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION.